

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN JOSE MOLINA-MUNOZ,<br><br>                               Petitioner,<br><br>v.<br><br>Warden, Imperial Regional Adult<br>Detention Facility, et al.;<br><br>                            Respondents. | Case No.:  26-cv-1345-BJC-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On March 2, 2026, Cristian Jose Molina-Munoz ("Petitioner"), appearing *pro se*, filed a petition for a writ of habeas corpus, ECF No. 1, along with a motion for a temporary restraining order.  ECF No. 2.  Petitioner alleged that he has remained in immigration detention since his arrest on November 17, 2025 without a bond hearing.  ECF No. 8 at 3. On March 16, 2026, Respondents "submit[ted] their Notice of Non-Opposition to a bond hearing for Petitioner in this matter, subject to supervision during his removal proceedings."  ECF No. 7.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are

enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 3, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1345-BJC-BJW