UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN JOSE MOLINA-MUNOZ,<br><br>Petitioner,<br><br>v.<br><br>Warden, Imperial Regional Adult Detention Facility, et al.;<br><br>Respondents. | Case No.:  26-cv-1345-BJC-BJW<br><br>**ORDER VACATING JUDGMENT; DIRECTING CLERK OF COURT TO CORRECT JUDGMENT AND DENYING PETITIONER'S MOTIONS AS MOOT**<br><br>**[ECF No. 12]** |

Pending before the Court is Petitioner Cristian Jose Molina-Munoz's motion to withdraw counsel, proceed *pro se*, for an order to show cause for contempt, and to enforce the judgment and order immediate release.  ECF No. 12.  Petitioner contends this Court issued a judgment ordering his immediate release, but he remains unlawfully detained, and his appointed counsel fails to take any action to compel Respondent's compliance with the judgment.  A review of the docket in this matter demonstrates the Court issued an order granting the petition for writ of habeas corpus and directing Respondents to hold a bond hearing within fourteen days of the order.  ECF No. 10.  The Clerk of Court issued a judgment erroneously directing Respondents to immediately release Petitioner.  ECF No. 11.  Because the judgment does not mirror the Court order, the judgment should be

corrected.  Accordingly, the Court VACATES the judgment.  The Clerk of Court shall correct the judgment to correspond with this Court's order granting the petition and ordering a bond hearing.  Petitioner's motions related to the erroneous judgment are DENIED as moot.

**IT IS SO ORDERED**.

Dated:  April 14, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1345-BJC-BJW